AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

DEC 2 1 2017

| | |
|---|---|
| United States of America<br>v.<br><br>Julian Paul Assange<br><br>*Defendant(s)* | )<br>)  Case No. 1:17-mj-611<br>)<br>)  **Filed Under Seal**<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2010__ in the county of __Loudoun (first brought)__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to (1) access a computer, without authorization and exceeding authorized access, to obtain classified national defense information in violation of 18 U.S.C. § 1030(a)(1); and (2) access a computer, without authorization and exceeding authorized access, to obtain information from a department or agency of the United States in furtherance of a criminal act in violation of 18 U.S.C. § 1030(a)(2), (c)(2)(B)(ii). |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Kellen S. Dwyer; Tracy Doherty-McCormick

*Complainant's signature*

**Special Agent Megan Brown**
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/21/17

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: __Alexandria, Virginia__

Hon. Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*